AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>RANDALL CLARK BURNS<br><br>*Defendant(s)* | Case No.<br>1:19-mj-0527 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2019 thru April 2019__ in the county of __Monroe__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 18 U.S.C. § 2252(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christian Ebel-Orr, Sr. Special Agent, USSS
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/16/2019__

_____
*Judge's signature*

City and state: __Indianapolis, Indiana__   Debra McVicker Lynch, U.S. Magistrate Judge
_____
*Printed name and title*

# AFFIDAVIT

I, Christian Ebel-Orr, hereby depose and state as follows:

1. **Affiant**: I am a Senior Special Agent with the United States Secret Service (USSS), and have been since May, 2003. I am currently assigned to the Indianapolis Field Office. While employed by the USSS, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.

2. **Training**: I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center, which included instruction in federal criminal law and investigations, firearms, vehicle operations, personal defense tactics and physical fitness training. I have also completed the USSS Special Agent Training Program. Additionally, I have completed over six months of additional training in computer forensics.

3. I am also a member of the Indiana Internet Crimes Against Children Task Force, which includes numerous federal, state and local law enforcement agencies.

4. **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to

1

establish probable cause to believe that fruits, evidence and instrumentalities of a crime are located in the search locations described below.

5. **Requested action and Probable Cause**: I make this affidavit in support of a Criminal Complaint and Arrest Warrant charging **Randall Clark Burns** with Transportation of Child Pornography, in violation of 18 U.S.C. §2252(a)(1). Namely, **Randall Clark Burns** transported child pornography via a computer.

6. **Transportation of Child Pornography (18 U.S.C. § 2252(a)(1))**: This statute provides that "Any person who knowingly mails, or transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography."

7. **Definitions**: The following definitions apply to this Affidavit:

   A. "Child erotica" means any material relating to minors that serves a sexual purpose for a given individual, including fantasy writings, letters, diaries, books, sexual aids, souvenirs, toys, costumes, drawings, and images or videos of minors that are not sexually explicit.

   B. "Child Pornography" means any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created,

2

adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. *See* 18 U.S.C. § 2256

    C.    "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

    D.    "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

    E.    "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

    F.    "Computer" is defined pursuant to 18 U.S.C. § 1030(e)(1) as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device." This includes a cellular phone.

    G.    "Computer Server" or "Server" is a computer that is attached to a dedicated network and serves many users. A web server, for example, is a computer which hosts the data associated with a website. That web server receives requests from a user and delivers information

3

from the server to the user's computer via the Internet. A DNS (domain name system) server, in essence, is a computer on the Internet that routes communications when a user types a domain name, such as www.cnn.com, into his or her web browser. Essentially, the domain name must be translated into an Internet Protocol (IP) address so the computer hosting the web site may be located, and the DNS server provides this function.

H. "Computer hardware" consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including, but not limited to, central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including, but not limited to, keyboards, printers, video display monitors, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including, but not limited to, physical keys and locks).

I. "Computer software" is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or

4

other digital form. It commonly includes programs to run operating systems, applications, and utilities.

J.  "Computer-related documentation" consists of written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, computer software, or other related items.

K.  "Computer passwords, pass-phrases and data security devices" consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password or pass-phrase (a string of alpha-numeric characters) usually operates as a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

L.  "Hyperlink" refers to an item on a web page which, when selected, transfers the user directly to another location in a hypertext document or to some other web page.

5

M. The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

N. An "Internet Service Provider" ("ISP") is an organization that provides individuals and businesses access to the Internet. An ISP provides a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. It can offer a range of options in providing access to the Internet including telephone based dial-up, broadband based access via digital subscriber line (DSL) or cable television, dedicated circuits, or satellite based subscription. It typically charge a fee based upon the type of connection and volume of data, called bandwidth, which the connection supports. Many ISPs assign each subscriber an account name – a user name or screen name, an "e-mail address," an e-mail mailbox, and a personal password selected by the subscriber. By using a computer equipped with a modem, the subscriber can establish communication with an ISP over a telephone line, through a cable system or via satellite, and can access the Internet by using his or her account name and personal password.

O. "Internet Protocol address" or "IP address" refers to a unique number used by a computer to access the Internet. IP addresses can be

6

dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet. IP addresses are also used by computer servers, including web servers, to communicate with other computers.

P. The terms "records," "documents," and "materials" include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, cellular phones, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

Q. A "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific

7

format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

**Case Specific Probable Cause**

9. In early 2018, both Federal agents and state law enforcement officers received information from the National Center for Missing and Exploited Children (NCMEC) regarding the distribution and transportation of child pornography using the Internet.

10. The National Center for Missing and Exploited Children (NCMEC) alerts law enforcement to reports of sexual exploitation of children on the Internet. NCMEC was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization (see 42 U.S.C.§ 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation. NCMEC also works with law enforcement, Electronic Service Providers, electronic payment service providers and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet. NCMEC does not investigate and cannot verify the accuracy of information it receives. NCMEC forwards reports of possible child sexual exploitation to law enforcement for its independent review and analysis.

11. **State Investigation:** On February 11, 2019, Det. Jacob Hunter (Det. Hunter) of the Bloomington Police Department's Internet Crimes Against Children (ICAC) Unit received CyberTip Report #45410671, from the National Center for Missing and Exploited Children (NCMEC), regarding an unknown subject in possession of child pornography.

   A.   CyberTip #45410671 contained information from Tumblr. Tumblr is an American social networking website. The service allows users to post multimedia and other content to a short-form blog.

   B.   Tumblr included six (6) .gif files, one (1) .mp4 video file, and 11 .jpg image files, which depict minor females performing sexual acts on themselves and others. It was apparent to Det. Hunter that the females were under the age of 18 due to the lack of breast development.

   C.   CyberTip #45410671 also included subscriber information for the associated Tumblr account, to include: username ("delicioussshoezonksports"), email address ("Ecce.magnificentiae@gmail.com"), and internet protocol (IP) address used to last access the account.

12. Det. Hunter conducted a search and determined that the IP address used to last access the Tumblr account was registered to Comcast Communications.

13. On February 15, 2019, the Honorable Judge Christine Haseman, Monroe County Indiana Circuit Court, signed a search warrant authorizing law

9

enforcement to obtain data from Tumblr and Comcast Communications for subscriber information and content related to CyberTip #45410671.

14. On February 20, 2019, Det. Hunter received information from Comcast Communications, regarding the IP address that had last accessed the Tumbr account. The IP address was registered to J.M. (full name known to law enforcement but redacted) at 105 S. Maple St., Bloomington, IN 47401.

15. On March 20, 2019, Det. Hunter spoke with the owner of 105 S. Maple St., Bloomington, IN 47404. The owner stated that the property was currently being rented to three individuals: J.M., R.L. (names known to law enforcement but redacted) and Randall Burns.

16. On March 22, 2019, the Honorable Judge Mary Ellen Diekhoff, Monroe County Indiana Circuit Court, signed a search warrant authorizing law enforcement to obtain data from Google for subscriber information related to "Ecce.magnificentiae@gmail.com", which was listed in CyberTip #45410671.

17. On April 13, 2019, Det. Hunter received the information from Google in response to the above listed warrant. Google provided information related to Ecce.magnificentiae@gmail.com. This account showed a second email, "rcburns@indiana.edu", and the phone number 317-413-8673, were associated with the account.

18. Google provided information regarding the devices which had created profiles in the account. Profiles were established for an Acer ChromeBook R11 (last connection date: 12/12/2018), Samsung SM-G920P (last

connection date: 4/15/2019), and a Samsung SM-G950U (last connection date: 4/16/2019).

19. Google also provided additional images of child pornography which were stored in the "Ecce.magnificentiae@gmail.com" account.

20. Bloomington Police Department records checks matched the email, "rcburns@indiana.edu" and the phone number 317-413-8673 to Randall Clark Burns, with an address of 105 S. Maple St., Bloomington, IN.

21. On April 18, 2019, the Honorable Judge Mary Ellen Diekhoff, Monroe County Indiana Circuit Court, signed a search warrant for 105 S. Maple St., Bloomington, IN.

22. On April 23, 2019, Bloomington Police Department Officers and Detectives executed the search warrant on 105 S. Maple St., Bloomington, IN. Randall Clark Burns was not present at the time of the search. Jasmin McCray and Robert Laster were present.

23. During the search of Burns' room, officers located and seized the following items: a Samsung solid state hard drive, a Duracell 8 GB flash drive, a PNY 16 GB flash drive, and a Dell tower desktop computer.

24. An initial forensic review of the Duracell flash drive showed that the drive contained numerous images of child pornography, including those images contained in CyberTip #45410671.

25. On April 23, 2019, Det. Hunter was contacted by Randall Clark Burns. Burns agreed to meet Det. Hunter at the Bloomington Police Department for an interview.

26. Continuing on April 23, 2019, Det. Hunter interviewed Burns at the Bloomington Police Department. Burns signed a Miranda rights waiver.

27. Burns confirmed that the email address "Ecce.magnificentiae@gmail.com" was his, but that the account had been shut down.

28. When asked if he used the Tumblr account "deliciousshoezonksports", Burns stated that if he was under investigation he wanted a lawyer and concluded the interview.

29. Burns was arrested and booked in the Monroe County Indiana Jail on two counts of possession of child pornography.

30. Det. Hunter then located Burns' vehicle parked close to the Bloomington Police Department. Through the window he was able to see a laptop computer bag on the passenger floorboard.

31. Knowing that two Samsung phones and a laptop had been used to access the Google account, Det. Hunter obtained a telephonic search warrant for the vehicle, authorized by the Honorable Judge Darcie Fawcett, Monroe County Indiana Circuit Court.

32. During the subsequent search of the vehicle, Det. Hunter located one laptop computer from the passenger floorboard and two Samsung cell phones from the glove box.

33. **Federal / Indiana State Police Investigation:** On April 1, 2019, I was contacted by Det. Matt Jacobs (Det. Jacobs) of the Indiana State Police's Internet Crimes Against Children (ICAC) Unit regarding assistance on an

12

investigation he was conducting involving an unknown subject in possession of child pornography. I was unaware of Det. Hunter and the Bloomington Police Department's investigation, and was simultaneously conducting the actions described below.

34. Det. Jacobs with the Indiana State Police began his investigation on January 22, 2019 when he received Cyber TipLine Report #44127145 from the National Center for Missing and Exploited Children (NCMEC).

    A. CyberTip #44127145 contained information from Google. Google is an American multinational technology company that specializes in Internet-related services and products, which include online advertising technologies, search engine, cloud computing, software, and hardware.

    B. Google reported to NCMEC that five images in .jpg format and one video in .wmv format were located on its Google Photos and Google Drive architecture. Of the five images, it appeared that there are only three unique images; however, when these files were examined utilizing the hash value identification program Cyohash, the files were determined to be unique of each other.

    C. CyberTip #44127145 also included subscriber information for the associated Google account, hereinafter, "SUSPECT ACCOUNT", to include: username ("R"), mobile phone number ("+13174138673"), email address ("Ecce.magnificentiae@gmail.com"), secondary email address ("rcburns@indiana.edu"), and internet protocol (IP) addresses used to register, access, and upload files to the account.

13

35. CyberTip #44127145 contained numerous IP addresses associated with the SUSPECT ACCOUNT. These IP addresses are associated with the several internet service providers, including: Sprint PCS, Spectrum (Charter Communications), Comcast Cable, Indiana University, and AT&T.

36. NCMEC provided a geo-location for the IP addresses associated with the SUSPECT ACCOUNT. The majority of the IP addresses reported returned to Sprint PCS and geo-located to various areas across the United States. In Your Affiant's experience this is not uncommon of generic geo-location reporting for cellular phone provider IP addresses.

37. In addition to the Comcast Cable IP address geo-locations, there are several IP addresses which returned to Indiana University and Smithville Digital / Monroe County Public Library within the Southern District of Indiana.

38. Det. Jacobs has reviewed the 5 images and 1 video as reported and submitted on CyberTip #44127145. All of the images and video are of child pornography and are sado-masochistic in nature. Such described files include the following, but are not limited to:

39. File name: 238224871_312570.jpg. Description: This image file is in .jpg format. The image file depicts a white, prepubescent female minor (approximately 4-10 years of age) with blonde hair in the nude. The minor is lying on her back and is bound with white and red ropes with a green collar on. One of the minor's legs is drawn up towards her chest and the other end of the rope is around the minor's neck. The other leg is tied with rope at the ankle and

secured with the leg drawn by the rope to the minor's waist. The minor's hands are bound behind her.

40. File name: Google-CT-RPT-8d2b68c42bd2fab59f0515096dbbb0a9. This file is visually similar to file: 238228972_259885.jpg, which was also submitted, however was shown to have a unique hash value. Description: This image file is in .jpg format. The image file depicts a white, prepubescent female minor (approximately 5-11 years of age) with blonde hair in the yellow underwear and a yellow bra. The minor is lying on her stomach and is bound with yellow rope. The minor's arms and legs are bound together via a rope which is tied at the ankles, the forearms, and around the minor's head and mouth which has resulted in the minor's head being pulled backwards.

41. File name: Google-CT-RPT-b2bdff9c037b7722c6480dbdb9bd124c. This file is visually similar to file: 238229397_307995.jpg, which was also submitted, however was shown to have a unique hash value. Description: This image file is in .jpg format. The image file depicts a white, prepubescent female minor with blonde hair in the nude. The minor is sitting upright on a floor with her ankles shackled with leg restraints. The minor's arms are behind her in the picture. There is a black and gray device strapped to the minor's head and face which results in the minor's mouth being forcibly opened. There appears to be a silver metal necklace/collar on the minor. There is also a device strapped onto the minor's pubic area covering the vagina with wires leading from the device and towards the camera.

15

42. File name: Google-CT-RPT-519ed192e49d61ec3f69a2c2c6667aa2. Description: This video file is in .wmv format. The video file is 38 minutes and 18 seconds in length. The video file depicts two white, prepubescent female minors fully nude for the duration of the video. The minors appear to be given direction by the unseen camera operator during the course of the video. One minor has brunette hair and appears to be approximately 8-14 years of age; the other minor has black hair and appears to be approximately 4-10 years of age. The minors perform cunnilingus on each other and utilize sex toys on each other throughout the duration of the video.

43. On April 15, 2019, the Honorable Mark J. Dinsmore, Magistrate Judge, United States District Court for the Southern District of Indiana, authorized law enforcement to obtain data from Google and Indiana University on "Ecce.magnificentiae@gmail.com" and "rcburns@indiana.edu", including subscriber information, in order to identify Burns (1:19-mj-421 and 1:19-mj-422).

44. Pursuant to the above listed warrant, Google provided information on the email address "Ecce.magnificentiae@gmail.com".

   a. The recovery email address is still listed as "rcburns@indiana.edu".

   b. Profiles for the account are set up for an Acer ChromeBook R11 (last connection date: 12/12/2018), Samsung SM-G920P (last connection date: 4/15/2019), and a Samsung SM-G950U (last connection date: 4/16/2019).

16

    c. Numerous images stored in the Google Photos portion of the account have images of BURNS.

45. Pursuant to a subpoena and the above listed warrant, Indiana University provided information on the email address "rcburns@indiana.edu".

    a. Name: Randall Clark Burns

    b. Date of birth: 02/02/1991

    c. Phone number: (317) 413-8673

    d. A review of email messages stored in the account show a confirmation email from Turbo Tax, dated 2/19/2019, listing the customer address as 105 S. Maple St., Bloomington, IN 47404.

46. Pursuant to Southern District of Indiana Grand Jury subpoena 2019R00223-003, Comcast provided information related to 12 of the IP address sessions reported in CyberTip #44127145. Nine (9) of those IP address sessions were registered to Jasmin McCray, 105 S Maple St., Bloomington, IN 47404. This is the same address where the Bloomington Police Department Search Warrant was served.

47. Based on information and evidence from both my investigation and that of the Bloomington Police Department, the undersigned believes the Randall Clark Burns is the individual who transported the visual depictions of minors engaged in sexually explicit conduct in CyberTip 44127145 and CyberTip #45410671 within the Southern District of Indiana.

48.    **Interstate or foreign commerce**: The Internet, used to transport, distribute, and receive the visual depictions of minors engaged in sexually explicit conduct, is a means or facility of interstate and foreign commerce.

## CONCLUSION

49.    Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that **Randall Clark Burns** has committed the above listed offense. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Randall Clark Burns** charging him with Transportation of Child Pornography.

_____
Christian Ebel-Orr
Senior Special Agent
United States Secret Service

Subscribed and sworn before me this 16th day of May, 2019.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana