UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:19-mj-0527 |
| RANDALL CLARK BURNS, | ) |
| Defendant. | ) |

## **PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Transportation of Child Pornography 18 U.S.C. § 2252(a)(1) | 5-20 years | $250,000 | up to Lifetime |


Dated: _____

_____
RANDALL CLARK BURNS
Defendant


I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana