AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
MAY 2 8 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

RANDALL CLARK BURNS

*Defendant*

Case No. 1:19-mj-0527

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RANDALL CLARK BURNS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Transportation of Child Pornography, in violation of Title 18, United States Code § 2252(a)(1).

Date:   05/16/2019

*Issuing officer's signature*

City and state:   Indianapolis, IN

Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/16/19, and the person was arrested on *(date)* 5/28/19
at *(city and state)* Indianapolis, IN

Date: 5/28/19

*Arresting officer's signature*

Christian Ebel-Ork, Special Agent, USSS
*Printed name and title*