**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   1:19-mj-0527-DML |
| | ) |
| | ) |
| RANDALL CLARK BURNS | ) |
| | ) |
| Defendant. | ) |

**APPEARANCE**

TO: CLERK OF COURT

Please enter the appearance of Loren Collins, Indiana Federal Community Defenders, Inc., as counsel for the Defendant.

Dated: May 29, 2019

*Loren M. Collins*
Loren M. Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN. 46204
(317) 383-3520
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 29, 2019** a copy of the foregoing **APPEARANCE** was electronically filed. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system

*Loren M. Collins*
Loren M. Collins