UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-mj-0527 |
| | ) | |
| RANDALL CLARK BURNS, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR MAY 28, 2019**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the complaint filed on May 16, 2019. Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Jeff Preston for AUSA Kristina Korobov. USPO represented by Danieka Thompkins.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Defendant waived his right to a preliminary hearing and probable cause found.

Government did not seek pretrial detention. Defendant is to remain in custody pending the approval of a home inspection by USPO.

Defendant released on conditions of pretrial release pending further proceedings before the court.

Date: 5/30/2019

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system